UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA CAVADIAS,

    Plaintiff,

v.                                                                  Case No: 8:19-cv-751-T-30AAS

UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF FILING PROOF OF SERVICE

**NOTICE IS HEREBY GIVEN** that the Plaintiff, SANDRA CAVADIAS, by and through the undersigned legal counsel, hereby files proof with the Court that service of the Summons and Complaint has been effected on the Defendant, UNITED STATE OF AMERICA.

Dated this 30th day of April, 2019.

                              Respectfully submitted,

                              /s/James A. Wardell
                              JAMES A. WARDELL, ESQUIRE
                              Florida Bar No.: 0868061
                              WARDELL LAW FIRM, P.A.
                              805 W. Azeele Street
                              Tampa, FL 33606
                              Telephone: (813) 387-3333
                              Facsimile: (813) 387-3050
                              jwardell@jawlaw.net
                              kdaley@jawlaw.net

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7015 1520 0001 6141 0394

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.45 |
| Total Postage and Fees | $7.75 |

Sent To: United States Attorney's Office
Street and Apt. No., or PO Box No.: 400 N. Tampa Street, Suite 3200
City, State, ZIP+4: Tampa, FL 33602

PS Form 3800, April 2015 PSN 7530-02-000-9047

TO:
United States Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, Fl. 33602
ATTN: Civil-Process Clerk

*Wardell Law Firm, P.A.*
*805 W. Azeele Street*
*Tampa, Florida 33606*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   United States Attorney's Office
   400 North Tampa Street, Suite 3200
   Tampa, Fl. 33602
   ATTN: Civil-Process Clerk

9590 9402 3688 7335 2441 48

2. Article Number (Transfer from service label)
   7015 1520 0001 6141 0394

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Karen A. Pipas — ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  Karen A. Pipas   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #
9590 9402 3688 7335

RECEIVED
APR 08 2019
USAO - MDFL - TAMPA