UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA CAVADIAS, as the Personal Representative of the ESTATE OF ARESTIDES CAVADIAS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case No. 8:19-cv-751-TPB-AAS

## MEDIATION REPORT

The Mediation in this cause was conducted on April 21. 2021 via Zoom. All parties were represented by counsel, and a full and complete settlement of the case was reached.

Respectfully submitted this 22nd day of April, 2021.

/s/ Gary H. Larsen
GARY H. LARSEN
Mediator No. 11664R
Florida Bar No. 266906
401 N. Cattlemen Road, Suite 300
Sarasota, Florida 34232
941.366.4680 (phone)
941.953.3136 (fax)
*glarsen@dglawyers.com*

Copies provided to counsel
of record through the Court's
CM/ECF filing system